IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELBERT GARNER<br><br>Plaintiff<br><br>vs.<br><br>OFFICER KINNAN, OFFICER WHITAKER, OFFICER JONES and THE VILLAGE OF UNIVERSITY PARK<br><br>Defendants | Court No. 12-cv-6448<br><br>Honorable Gary Feinerman<br>Judge Presiding |

## STIPULATION TO DISMISS

It is hereby stipulated between Plaintiff, ELBERT GARNER, and Defendants, OFFICER KINNAN, OFFICER WHITAKER, OFFICER JONES and THE VILLAGE OF UNIVERSITY PARK, that all matters in controversy have been resolved, and that the Plaintiff's Complaint, any subsequent amended complaints, and this lawsuit may be dismissed, with prejudice.

Respectfully Submitted,

**ELBERT GARNER**

By /s/ John Greenlees
One of his attorneys

John Greenlees
600 Holiday Plaza, Ste 500
Matteson, IL 60443
(773)510-3538

Respectfully Submitted,

**OFFICER KINNAN, OFFICER WHITAKER, OFFICER JONES and THE VILLAGE OF UNIVERSITY PARK**

By: /s/ Alison Harrington
One of their attorneys

Alison M. Harrington
Best, Vanderlaan & Harrington
400 E. Diehl Rd., Ste. 280
Naperville, IL 60563
(630) 752-8000 (t)
(630) 752-8763 (f)